**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:        Michael  W. Gioffredi v. The Retreat at Riverstone

Appellate case number:    01-21-00627-CV

Trial court case number:   21-CCV-068826

Trial court:                         County Court at Law No. 1 of Fort Bend County

On January 27, 2022, Appellant Michael W. Gioffredi filed a "Request for Time Extension for Clerk Record."  In support of his motion, Appellant asserts he cannot "properly designate" the clerk's record until after the reporter's record is filed.

Appellant's motion is **denied.**  Appellant, however, may designate and pay for a supplemental clerk's record, if necessary, after the reporter's record is filed.  *See* TEX. R. APP. P. 34.5(c).

It is so ORDERED.

Judge's signature: /s/ Veronica Rivas-Molloy
                              Acting individually

Date:  February 3, 2022